### FLOYD F. BANKSTON v. ANDREW ENTRAVIA.
### No. 2104.

Court of Appeal of Louisiana. First Circuit.

April 10, 1940.

Reid & Reid, of Hammond, for appellant.

Rownd & Tycer, of Hammond, and H. W. & H. M. Robinson, of New Orleans, for appellee.

LeBLANC, Judge.

For the reasons assigned in the opinion this day handed down in the case of Elmer Pier v. Andrew Entravia, La.App., 195 So. 124, it is ordered that the judgment be amended by reducing the amount of the award from the sum of $1,031 to the sum of $781, and that as thus amended it be affirmed. Appellant to pay all costs.

### PAULEET CHAVERS v. ANDREW ENTRAVIA.
### No. 2105.

Court of Appeal of Louisiana. First Circuit.

April 10, 1940.

Reid & Reid, of Hammond, for appellant.

Rownd & Tycer, of Hammond, and H. W. & H. M. Robinson, of New Orleans, for appellee.

LeBLANC, Judge.

For the reasons assigned in the opinion this day handed down in the case of Elmer Pier v. Andrew Entravia, La.App., 195 So. 124, it is ordered that the judgment appealed from in this case be affirmed. Defendant to pay all costs.